## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>  Plaintiffs,<br><br>  v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, and HETERO USA INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES
## INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited (collectively "Plaintiffs") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. §355(j):

Date Patentee(s) Received Notice:   No earlier than February 16, 2024

Date of Expiration of Patent:   March 26, 2028 (U.S. Patent No. 9,066,936)

Thirty Month Stay Deadline:   No earlier than August 16, 2026

| | |
|---|---|
| Dated: March 28, 2024 | MCCARTER & ENGLISH, LLP |
| | |
| | */s/ Daniel M. Silver* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Bruce M. Wexler | 405 N. King Street, 8th Floor |
| Chad J. Peterman | Wilmington, Delaware 19801 |
| Christopher P. Hill | (302) 984-6300 |
| Michael F. Werno | dsilver@mccarter.com |
| Sarah E. Spencer | ajoyce@mccarter.com |
| PAUL HASTINGS LLP | |
| 200 Park Avenue | *Attorneys for Plaintiffs Azurity* |
| New York, New York 10166 | *Pharmaceuticals, Inc., Arbor* |
| (212) 318-6000 | *Pharmaceuticals, LLC, and Takeda* |
| brucewexler@paulhastings.com | *Pharmaceutical Company Limited* |
| chadpeterman@paulhastings.com | |
| christopherhill@paulhastings.com | |
| michaelwerno@paulhastings.com | |
| sarahspencer@paulhastings.com | |

*Attorneys for Plaintiffs Azurity
Pharmaceuticals, Inc. and Arbor
Pharmaceuticals, LLC*
William F. Cavanaugh, Jr.
Zhiqiang Liu
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
wfcavanaugh@pbwt.com
zliu@pbwt.com

*Attorneys for Plaintiff Takeda
Pharmaceutical Company Limited*