# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, AND HETERO USA INC.,<br><br>　　　　　Defendants. | C.A. No. 24-396-MN |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited filed the Complaint against Defendants Hetero Labs Limited, Hetero Limited Unit-V, and Hetero USA Inc. (collectively "Defendants") on March 28, 2024;

WHEREAS, the parties have conferred regarding a request by Defendants to extend the time by which to move, answer, or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, Defendants shall move, answer or otherwise respond to the Complaint on or before December 11, 2024.

ME1 48994645v.1

DATED: November 8, 2024

| | |
|---|---|
| McCarter & English, LLP | Stamoulis & Weinblatt LLC |
| | |
| */s/ Maliheh Zare* | */s/ Stamatios Stamoulis* |
| Daniel M. Silver (#4758) | Stamatios Stamoulis (#4606) |
| Maliheh Zare (#7133) | 800 N. West Street, Third Floor |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 999-1540 |
| (302) 984-6331 | Stamoulis@swdelaw.com |
| dsilver@mccarter.com | |
| mzare@mccarter.com | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited* | |

IT IS SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge